| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: _____ District of __Colorado__ (State) |
| Case number (If known): _____ Chapter __11__ |

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual          12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:
   ☐ Chapter 7
   ☒ Chapter 11

   FILED
   CLERK OF COURT
   OCT 1 6 2019

## Part 2: Identify the Debtor

2. **Debtor's name**   San Luis & Rio Grande Railroad, Inc., a Delaware Corporation

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**
   ☒ Unknown
   ___ ___ - ___ ___ ___ ___ ___ ___ ___
   EIN

5. **Debtor's address**

   | Principal place of business | Mailing address, if different |
   |---|---|
   | 610 State Street | |
   | Number   Street | Number   Street |
   | | P.O. Box |
   | Alamosa     CO  81101 | |
   | City       State  ZIP Code | City     State   ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | Alamosa | |
   | County | Number   Street |
   | | |
   | | City     State   ZIP Code |

Official Form 205                Involuntary Petition Against a Non-Individual                page 1

Debtor  San Luis & Rio Grande Railroad, Inc.  Case number (if known)_____
        Name

6. **Debtor's website (URL)**  https://www.iowapacific.com/railroads/san-luis-rio-grande-railroad/

7. **Type of debtor**
   - ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other type of debtor. Specify: _____

8. **Type of debtor's business**

   Check one:
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☒ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☐ None of the types of business listed.
   - ☐ Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
   - ☒ No
   - ☐ Yes. Debtor _____  Relationship _____
     District _____ Date filed _____ Case number, if known _____
                                       MM / DD / YYYY

     Debtor _____  Relationship _____
     District _____ Date filed _____ Case number, if known _____
                                       MM / DD / YYYY

**Part 3:  Report About the Case**

10. **Venue**
    Check one:
    - ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**
    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked:*
    - ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    - ☒ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**
    - ☒ No
    - ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor  **San Luis & Rio Grande Railroad, Inc.**
         Name

Case number (if known) _____

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| The San Luis Central Railroad Co. | Services provided | $ 123,456.41 |
| South Middle Creek Road Association | Judgment for breach of contract | $ 150,000.00 |
| Ralco, LLC | Judgment for unpaid lease | $ 824,158.03 |
| | Total of petitioners' claims | $ 1,097.614.44 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

The San Luis Central Railroad Co.
Name

9501 West Devon Avenue, Suite 505
Number  Street

Rosemont   IL   60018
City       State   ZIP Code

Name and mailing address of petitioner's representative, if any

EDWARD A. BURKHARDT
Name

9501 W. DEVON AVE #505
Number  Street

ROSEMONT   IL   60018
City       State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/16/2019
             MM / DD / YYYY

X  *Edward Burkhardt*
Signature of petitioner or representative, including representative's title  *President*

**Attorneys**

Michael J. Pankow
Printed name

Brownstein Hyatt Farber Schreck
Firm name, if any

410 Seventeenth Street, Suite 2200
Number  Street

Denver   CO   80202
City     State   ZIP Code

Contact phone  303.223.1100   Email  mpankow@bhfs.com

Bar number  #21212

State  Colorado

X _____
Signature of attorney

Date signed  _____
             MM / DD / YYYY

Debtor **San Luis & Rio Grande Railroad, Inc.**
Name

Case number (if known) _____

---

**Name and mailing address of petitioner**

Ralco, LLC
Name

200 S. Wacker Drive #3100
Number   Street

Chicago                                  IL            60606
City                                     State         ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City                  State         ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/15/2019
              MM / DD / YYYY

✗ /s/ *signature*
Signature of petitioner or representative, including representative's title

---

Michael J. Pankow
Printed name

Brownstein Hyatt Farber Schreck
Firm name, if any

410 Seventeenth Street, Suite 2200
Number   Street

Denver                                CO           80202
City                                  State        ZIP Code

Contact phone  303.223.1100    Email  mpankow@bhfs.com

Bar number   #21212

State        Colorado

✗ _____
Signature of attorney

Date signed  _____
              MM / DD / YYYY

---

**Name and mailing address of petitioner**

South Middle Creek Road Association, attn: Judy Fisher
Name

30 South Middle Creek Road
Number   Street

LaVeta                                   CO            81055
City                                     State         ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City                  State         ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
             MM / DD / YYYY

✗ *see next page*
Signature of petitioner or representative, including representative's title

---

Pieter M. Schenkkan
Printed name

Graves Dougherty Hearon & Moody
Firm name, if any

401 Congress Ave.. Ste. 2700
Number   Street

Austin                                TX           78701
City                                  State        ZIP Code

Contact phone  512-480-5673    Email  pschenkkan@gdhm.com

Bar number   17741500

State        Texas

✗ *see next page*
Signature of attorney

Date signed  _____
              MM / DD / YYYY

---

Official Form 205                Involuntary Petition Against a Non-Individual                page 4

| Debtor | San Luis & Rio Grande Railroad, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**Name and mailing address of petitioner**

Name: JUDY FISHER, PRESIDENT
SOUTH MIDDLE CREEK ROAD ASSOCIATION
Number Street: 30 SOUTH MIDDLE CREEK ROAD
City: LA VETA   State: CO   ZIP Code: 81055

**Name and mailing address of petitioner's representative, if any**

Name: _____
Number Street: _____
City: _____ State: _____ ZIP Code: _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/15/19 (MM/DD/YYYY)

X _____ (Signature of petitioner or representative, including representative's title)

Printed name: PIETER M. SCHENKKAN
Firm name, if any: GRAVES DOUGHERTY HEARON & MOODY, P.C.
Number Street: 401 CONGRESS AVE, SUITE 2700
City: AUSTIN   State: TX   ZIP Code: 78701
Contact phone: 512/480-5673   Email: pschenkkan@gdhm.com
Bar number: 17741500
State: TEXAS

X _____ (Signature of attorney)

Date signed: 10/15/2019 (MM/DD/YYYY)

---

**Name and mailing address of petitioner**

Name: _____
Number Street: _____
City: _____ State: _____ ZIP Code: _____

**Name and mailing address of petitioner's representative, if any**

Name: _____
Number Street: _____
City: _____ State: _____ ZIP Code: _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ (MM/DD/YYYY)

X _____ (Signature of petitioner or representative, including representative's title)

Printed name: _____
Firm name, if any: _____
Number Street: _____
City: _____ State: _____ ZIP Code: _____
Contact phone: _____   Email: _____
Bar number: _____
State: _____

X _____ (Signature of attorney)

Date signed: _____ (MM/DD/YYYY)