| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael J. Pankow, CO #21212<br>Brownstein Hyatt Faber Schreck, LLP<br>410 Seventeenth Street, Suite 2200<br>Denver, CO 80202<br>Tel: 303-223-1106<br>Fax: mpankow@bhfs.com<br><br>[xx] Attorney for: Ralco, LLC |   OCT 16 2019 |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| In re San Luis & Rio Grande Railroad, Inc.:<br><br>Alleged Debtor. | CASE NO.:<br>CHAPTER: 11 |
|---|---|
| | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1010(b)** |
| | [No hearing] |

*Pursuant to FRBP 1010(b) and 7007.1, any corporation that is a petitioning creditor in an involuntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report.  This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding.  A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, *(Printed name of attorney or declarant)* Michael J. Pankow_____, the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because:

    ☐ I am the president or other officer or an authorized agent of the petitioning creditor
    ☐ I am a party to an adversary proceeding
    ☐ I am a party to a contested matter
    ☒ I am the attorney for the petitioning creditor

2.a.  ☐ The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the petitioning creditor's equity or ownership interests:

    _____
    _____
    [For additional names, attach an addendum to this form.]

  b.  ☒ There are no entities that directly or indirectly own 10% or more of any class of the petitioning creditor's equity or ownership interest.

Date: October 15, 2019

By: _____
Signature of Petitioning Creditor, or attorney for Petitioning Creditor

Michael J. Pankow
Name: Printed name of Petitioning Creditor, or attorney for Petitioning Creditor