**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In Re: SAN LUIS & RIO GRANDE RAILROAD, INC. | ) ) ) | Bankruptcy No. 19-18905-TBM |
| Debtor. | ) | Chapter 11 |

**NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR NOTICE**

NOTICE IS HEREBY GIVEN that Christopher J. Dawes and the law firm of Fox Rothschild LLP enter their appearance on behalf of interested party Novo Advisors LLC. All pleadings and notices in this case should be served at the following address:

Christopher J. Dawes, Esq.
Fox Rothschild LLP
1225 17th Street, Suite 2200
Denver, CO 80202

Respectfully submitted this 18th day of October, 2019.

FOX ROTHSCHILD LLP

*/s/ Christopher J. Dawes*
Christopher J. Dawes, Atty. No. 33818
1225 17th Street, Suite 2200
Denver, CO 80202
Phone: (303) 292-1200
Fax: (303) 292-1300
Email: cdawes@foxrothschild.com
*Attorneys for Novo Advisors LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of October, 2019, I served a true and correct copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR NOTICE** via CM/ECF on the following:

Michael J. Pankow
410 17th Street, 22nd Floor
Denver, CO 80202

Pieter M. Schenkkan
Graves Dougherty Hearon & Moody
401 Congress Avenue, Suite 2700
Austin, TX 78701

US Trustee
Byron G. Rogers Federal Building
1961 Stout Street, Suite 12-200
Denver, CO 80294

and via first-class United States mail, postage prepaid, on the following:

San Luis & Rio Grande Railroad, Inc.
610 State Street
Alamosa, CO 81101

                                              */s/ Rhonda A. Hanshe*
                                              For Fox Rothschild LLP