# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re ) | |
| ) | |
| SAN LUIS & RIO GRANDE RAILROAD, ) | Lead Bankruptcy Case No. 19-18905-TBM |
| INC. ) | |
| Debtor. ) | Chapter 11 |
| ) | |
| In re ) | |
| ) | |
| SARATOGA AND NORTH CREEK ) | Case No. 20-12313-TBM |
| RAILWAY, LLC ) | |
| ) | Chapter 11 |
| Debtor-in-Possession ) | |

## NOTICE OF EMERGENCY MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (1) APPROVING POST-PETITION FINANCING AND RELATED LIENS; AND (2) GRANTING RELATED RELIEF

### OBJECTION DEADLINE FOR INTERIM RELIEF: JULY 15, 2022

### OBJECTION DEADELINE FOR FINAL RELIEF: JULY 27, 2022

**YOU ARE HEREBY NOTIFIED THAT** William A. Brandt, Jr, the chapter 11 trustee (the "Trustee") of the San Luis & Rio Grande Railroad, Inc. ("SLRG") has filed a Motion for Entry of Interim and Final Orders (1) Approving Post-Petition Financing and Related Liens; and (2) Granting Related Relief ("Motion"), with the Court and requests that the Court authorize the Trustee to borrow $200,000.00 on an interim basis and a total of $800,000.00 on a final basis from the San Luis Valley Development Resources Group and Council of Governments ("Lender"). The post-petition financing would be secured by a security agreement on all personal property of the Debtor and a deed of trust on the Debtor's real estate at 601 Hunt Ave., Alamosa, CO. The financing would "prime" the liens of Big Shoulders Capital, LLC on such property.

If you oppose the Motion or object to the requested relief, your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested

party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties and without a hearing upon the filing of a certificate of non-contested matter.

Dated: July 12, 2022

Respectfully submitted,

By: */s/ Jennifer Salisbury*
Jennifer Salisbury
MARKUS WILLIAMS YOUNG & HUNSICKER
1775 Sherman Street, Suite 1950
Denver, Colorado 80203
Telephone (303) 830-0800
Facsimile (303) 830-0809
jsalisbury@markuswilliams.com

*ATTORNEYS FOR WILLIAM A. BRANDT, JR., IN HIS CAPACITY AS THE CHAPTER 11 TRUSTEE OF THE SAN LUIS & RIO GRANDE RAILROAD, INC.*