IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Thomas B. McNamara

| | |
|---|---|
| In re: ) | |
| ) | Lead Bankruptcy Case No. 19-18905-TBM |
| SAN LUIS & RIO GRANDE RAILROAD, INC. ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |
| In re: ) | |
| ) | |
| SARATOGA AND NORTH CREEK RAILWAY, ) | Bankruptcy Case No. 20-12313-TBM |
| LLC, ) | |
| ) | Chapter 11 |
| Debtor-in-Possession. ) | |
| ) | |

**ORDER GRANTING MOTION OF TRUSTEE FOR THE ENTRY OF AN ORDER: CONTINUING BID DEADLINE FOR THE SALE OF SUBSTANTIALLY ALLOF THE DEBTOR'S ASSETS AND VACATING THE AUCTION AND SALE HEARING**

THIS MATTER coming to be heard on the motion (the "Motion") by William A. Brandt, Jr. in his capacity as the Chapter 11 Trustee (the "**Trustee**") for the San Luis & Rio Grande Railroad, Inc. ("**SLRG**" or the "**Debtor**"), for entry of an order continuing the bid deadline for the sale of substantially all of the debtor's assets and rescheduling the auction and sale hearing.

The Court, having reviewed the Motion, and the bases for the relief, hereby orders as follows:

1.  The Motion is GRANTED.

2.  The revised Bid Deadline shall be **5:00 p.m. MT** on **July 29, 2022** (the "Bid Deadline"). Potential Bidders must submit their bids to the Trustee and his advisors, as follows: to counsel for the Trustee: Markus Williams Young & Hunsicker LLC, Attn: Jennifer Salisbury (jsalisbury@markuswilliams.com), 1775 Sherman Street, Suite 1950, Denver, Colorado 80203; to the Debtors' Accountants: Development Specialists, Inc., Attn: William G. Brandt (wgbrandt@DSIConsultants.com), 10 S. LaSalle St., Suite 3300, Chicago, Illinois 60603.  Each bid must be accompanied by the Deposit.

3.  The Auction, if necessary, shall be held on **August 2, 2022** (the "Auction Date"), at **10:00 a.m. MT**, at the offices of Markus Williams Young & Hunsicker LLC, 1775

1

Sherman Street, Suite 1950, Denver, Colorado 80203, or at such other location or by such other means as shall be timely communicated to all entities entitled to attend the Auction.

4. The Sale Hearing scheduled for **Thursday, July 21, 2022, at 1:30 p.m.** is VACATED. The Court will reset the Sale Hearing upon the filing of a further motion following the completion of the sales process.

5. Notwithstanding the applicability of any provision of the Federal Rules of Bankruptcy Procedure and/or Local Bankruptcy Rules, this Order shall be immediately effective and enforceable upon its entry.

6. The Trustee is authorized to take all action necessary to effectuate the relief granted in this Order.

7. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

DATED: July 14, 2022                                BY THE COURT:

*Thomas B. McNamara*
United States Bankruptcy Judge
Thomas B. McNamara