IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF COLORADO

Bankruptcy Judge Thomas B. McNamara

| | |
|---|---|
| In re: | ) |
| | ) Lead Bankruptcy Case No. 19-18905-TBM |
| SAN LUIS & RIO GRANDE RAILROAD, INC. | ) |
| | ) Chapter 11 |
| Debtor, | ) |

**OBJECTION OF SAN LUIS VALLEY GREAT OUTDOORS TO TRUSTEE'S MOTION TO APPROVE THE SALE OF SUBSTANTIALLY ALL OF THE ASSETS OF THE SLRG ("OMNITRAX SALE MOTION") and OBJECTION OF SAN LUIS VALLEY GREAT OUTDOORS TO TRUSTEE'S MOTION FOR ENTRY OF ORDER APPROVING BID PROCEDURES AND BUYER PROTECTIONS AND REQUESTING THE SETTING OF A SALE HEARING**

San Luis Valley Great Outdoors ("SLV GO!") submits this *Objection to Trustee's Motion to Approve the Sale of Substantially All of the Assets of the SLRG ("OmniTRAX Sale Motion")* and *Objection of San Luis Valley Great Outdoors to Trustee's Motion for Entry of Order Approving Bid Procedures and Buyer Protections and Requesting the Setting of a Sale Hearing*, filed by William A. Brandt, Jr. as chapter 11 trustee (the "Trustee") in the above-captioned case (the "SLRG Case"), as follows:

## I.   INTRODUCTION

San Luis Valley Great Outdoors ("SLV GO!") is an interested party in the above-captioned case, because the Trustee's actions regarding sale of the SLRG to OmniTRAX will significantly impede SLV GO!'s non-profit mission in the San Luis Valley. OmniTRAX is against allowing trail systems within and near its railroad easements, whereas SLV GO! builds and manages community trails throughout the San Luis Valley, and is committed to greatly expanding the San Luis Valley Trail System. The SLV GO! long-term plan for such trail expansion necessitates

1

SLV GO! being granted easements within and near the 150 miles of track which are among the assets of SLRG.

SLV GO! is a non-profit entity whose San Luis Valley Great Outdoors (SLV GO!) was originally formed in 2013 as a coalition by a group of citizens, educators, and community leaders who recognized the tremendous opportunity to enhance recreational experiences, improve wellness, and connect the communities across the six-county region of the San Luis Valley in southern Colorado.

Today, SLV GO! has seven full time staff members, ten seasonal employees, and a growing list of more than 140 volunteers and in excess of 40 organizational partners. SLV GO! gained 501(c)(3) status in April of 2018. Practicing a collective impact model, SLV GO! brings stakeholders together and provides leadership for effective collaboration among partners with shared goals. SLV GO! is the only organization working collectively with nonprofits, businesses, federal agencies, and municipalities to improve health and quality of life via trails and outdoor recreation in the San Luis Valley.

The stated mission of SLV GO! is to provide residents and visitors throughout the San Luis Valley with accessible and inclusive outdoor recreation opportunities that balance conservation, connect communities, improve wellness, encourage stewardship, and contribute to the economic vitality of the region.

SLV GO! has actively sought and secured assurances from both Big Shoulders Capital, LLC, and the Colorado Pacific Railroad, LLC that if either of their offers to purchase SLRG is ultimately successful, either of them will gladly collaborate and support SLV GO! in its goal of connecting long stretches of the beautiful San Luis Valley with multi-purpose trails, which

would necessarily be built and permanently occupy the existing railroad easements and crossings – in a safe manner consistent with existing federal rails with trails regulations.

SLV GO! received a $100,000 federal Economic Development Grant in October, 2022, which now allows SLV GO! to plan a multi-use trail system from Huerfano County, across the San Luis Valley west toward Wolf Creek Pass. Trail system plans in the future may also include southern expansion toward the New Mexico border in Conejos and Costilla Counties.

Community support for SLV GO! has continued to grow exponentially since its founding in 2013. In 2022 alone, SLV GO! has received letters of support for the greater San Luis Valley Trail System from Alamosa Convention and Visitor's Bureau, Costilla County, San Luis Valley Development Resources Group, the Town of La Jara, City of Monte Vista, various San Luis Valley businesses, and citizens. Outside the San Luis Valley, Huerfano County has also strongly supported SLV GO! in its mission.

The people who live and visit the San Luis Valley would forever benefit by such a trail system, through both improved health and revenue through the increased tourism, and the new SLRG ownership would also benefit financially both in the short and long-term. SLV GO!'s research into existing Rails With Trails Systems nationwide has shown an estimated $10,000,000 (Ten Million Dollars) in future annual economic benefit to the San Luis Valley, if the San Luis Valley Trail System is built to the size and scope envisioned by SLV GO! In the past five years, SLV GO!, working collectively throughout the San Luis Valley with federal and local agencies and other non-profits, has helped bring over $10,000,000 in grants and other funding for outdoor recreation to the San Luis Valley.

The Trustee proposes a sale of the SLRG to OmniTRAX, SLRG, LLC ("OmniTRAX") without due consideration of the significant negative impacts such a sale will have on the

creditors, the residents of the San Luis Valley, visitors and tourist who come to the San Luis Valley, and SLV GO!

OmniTRAX's public statements regarding its railroad holdings have been painfully clear. OmniTRAX opposes any easements, pedestrian crossings of any kind, near or through their railway easements, unless they are specifically approved by the state's department of transportation.

In fact, OmniTRAX's Public Project Manual, January 2019, under the heading, "Bicycle/Pedestrian Pathways and Multi-Use Trails," OmniTRAX's *Key Points* says the following: "Private or public parallel bicycle/pedestrian pathways and trails are not permitted on OmniTRAX property. Bicycle/pedestrian pathways and trails cannot cross tracks at grade outside of existing highway easements…OmniTRAX will oppose condemnation proceedings aimed at recreational use of trackside property."

The sale that the Trustee proposes to OmniTRAX would cause irreparable financial harm to creditors, such as Big Shoulders Capital, LLC ("BSC"), and multiple counties of the San Luis Valley. The OmniTRAX sale, if approved, would come at a price much less than the offers from BSC and Colorado Pacific Railroad, LLC ("CPR") have indicated. Additionally, OmniTRAX has made its position against easements for walking and biking trail systems extremely clear.

SLV GO! takes the position that OmniTRAX's bid must not be accepted, as the community members of the San Luis Valley, and visitors, will be greatly and permanently harmed by a sale to OmniTRAX, as such a sale will forever stop trail builders like SLV GO! from connecting the vast areas of the San Luis Valley with a coordinated multi-use trail system.

Finally, SLV GO! objects to the Trustee's Motions, as the Trustee's actions thus far create an unfair playing field for either BSC or CPR, as OmniTRAX's bid appears to be favored

by the Trustee. This is despite the fact that OmniTRAX's bid proposes less money for the railroad, less money for the counties, and completely staves off any long-term trail system plan, which would greatly benefit the San Luis Valley's residents, visitors, and businesses.

The San Luis Valley has a long tradition of being served and benefited by the rail lines which go through it. Since the 1870's, railroads have been essential to the people and businesses of the San Luis Valley being able to live and thrive. Today, in 2022, multiple businesses and corporations still depend on the ability to efficiently move freight and raw materials to and from the San Luis Valley. With hundreds of jobs in the balance, and the future of community well-being at stake, OmniTRAX's bid does not actually commit to keeping rail service in the San Luis Valley.

## II.     FACTUAL BACKGROUND

1   On October 16, 2019, three unsecured creditors filed a voluntary petition against SLRG in this Court, commencing the SLRG Case under chapter 11 of title 11 of the United States Code, with the Court entering an order for relief in the SLRG Case on November 7, 2019.

2.   The trustee was appointed to serve as chapter 11 trustee in the SLRG Case.

3. In addition to OmniTRAX, both BSC and CPR have submitted bids to the Trustee for the purchase of SLRG, but only OmniTRAX has been qualified by the Trustee, putting OmniTRAX in a position where OmniTRAX is the only entity which the Trustee feels the need to consider as a candidate to purchase SLRG.

4. Among the recognized creditors are Rio Grande, Conejos, Costilla, and Alamosa Counties – all of these four counties are within the San Luis Valley, and would benefit from either of the other bidders, and would financially benefit from SLV GO!'s long-term trail system.

5. Huerfano County, which is outside the San Luis Valley, would also benefit from SLV GO!'s proposed trail system within the SLRG easement.

6. The Trustee wishes to have the planned sale to OmniTRAX approved by the Bankruptcy Court this fall, however, the language of the OmniTRAX APA includes language which effectively allows OmniTRAX to not close on the sale if, "in its sole judgment" OmniTRAX does not believe that the SLRG assets it would receive are "sufficient to enable Purchaser to operate uninterrupted through train service over the entirety of the SLRG Lines after the Closing Date." (OmniTRAX APA, Section 8.2(i).)

7. The Trustee's proposed sale to OmniTRAX appears on its face to deny BSC's claim in its entirety, which again seems unfair prejudice against other possible buyers.

8. Both BSC and CPR have attempted to be qualified by the Trustee as bidders for SLRG, without success.

### III. OBJECTION

9. SLV GO! objects to the *Trustee's Motion to Approve the Sale of Substantially All of the Assets of the SLRG ("OmniTRAX Sale Motion")* and *Trustee's Motion for Entry of Order Approving Bid Procedures and Buyer Protections and Requesting the Setting of a Sale Hearing*, primarily because it is appears that the Trustee has not actually embraced any fair and competitive bidding process, which would better serve the interests of all parties, with the exception of OmniTRAX.

10. OmniTRAX's bid, and the Trustee's bid procedure prevent otherwise qualified bidders, such as BSC and CPR from being accepted as qualified bidders by the Trustee.

11. OmniTRAX has received unfairly favorable terms for its bid, including having to provide significantly less up-front cash, and the due diligence out, which are not available to BSC, CPR, or any other possible bidder.

12. Such unfavorable terms and conditions for bidders other than OmniTRAX do not serve the best interests of the estate, other bidders, or the San Luis Valley residents and visitors.

13. Bidders such as BSC and CPR, and other potential bidders, have been put at a significant disadvantage by the Trustee's requirements which are not the same for OmniTRAX.

14. Most glaring, the bid procedures now imposed by the Trustee effectively require that any non-OmniTRAX entity's bid exceed OmniTRAX's bid by $644,000.00.

15. The Trustee has not provided any rationale for why OmniTRAX is entitled to such favorable bid provisions, when other bidders such as BSC and CPR are not.

16. As it currently stands, the Trustee requires any qualified bidder to outbid OmniTRAX's bid of $5,406,000 with a cash bid of $6,050.000, and without the favorable diligence out provision enjoyed by OmniTRAX.

17. The Court should not permit the Trustee to proceed with either *Trustee's Motion to Approve the Sale of Substantially All of the Assets of the SLRG ("OmniTRAX Sale Motion")* and *Objection of San Luis Valley Great Outdoors to Trustee's Motion for Entry of Order Approving Bid Procedures and Buyer Protections and Requesting the Setting of a Sale Hearing*.

WHEREFORE, SLV GO! respectfully requests that the Court DENY the *Trustee's Motion to Approve the Sale* and the *Trustee's Bid Procedures Motion*.

Respectfully submitted this 2nd Day of November 2022, on behalf of SLV GO!

By: /e-signature/ *Mark Ivan Loy*

    Mark Ivan Loy (CO Bar #41437)
The Law Office of Mark Loy, LLC
P.O. Box 88 / 40 Washington Street
Monte Vista, CO 81144
lawyermarkloy@outlook.com
(720) 878-8714

Attorney for San Luis Valley Great Outdoors

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 2, 2022, the foregoing: *OBJECTION OF SAN LUIS VALLEY GREAT OUTDOORS TO TRUSTEE'S MOTION TO APPROVE THE SALE OF SUBSTANTIALLY ALL OF THE ASSETS OF THE SLRG ("OMNITRAX SALE MOTION") and OBJECTION OF SAN LUIS VALLEY GREAT OUTDOORS TO TRUSTEE'S MOTION FOR ENTRY OF ORDER APPROVING BID PROCEDURES AND BUYER PROTECTIONS AND REQUESTING THE SETTING OF A SALE HEARING*, was filed on the Court's electronic filing system CM/ECF, and was electronically served upon all parties receiving electronic notice.

/e-signature/ *Mark Ivan Loy*
Mark Ivan Loy