# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: <br><br> SAN LUIS & RIO GRANDE RAILROAD, INC. <br><br> Debtor. | Lead BK Case No. 19-18905-TBM <br><br> Chapter 11 |
| In re: <br><br> SARATOGA AND NORTH CREEK RAILWAY, LLC, <br><br> Debtor-in-Possession. | Bankruptcy Case No. 20-12313-TBM <br><br> Chapter 11 |

**OBJECTION OF KCVN LLC TO TRUSTEE'S MOTION FOR ENTRY OF ORDER (A) AUTHORIZING AND APPROVING THE SALE OF SUBSTANTIALLY ALL OF THE ASSETS OF THE SAN LUIS & RIO GRANDE RAILROAD, INC. FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES; AND (B) WAIVING THE 14-DAY STAY OF FED. R. BANKR. P. 6004(h) AND 6006(d)**

KCVN LLC ("KCVN"), through its counsel Onsager | Fletcher | Johnson LLC, hereby files its Objection of KCVN, LLC to Trustee's Motion for Entry of Order (A) Authorizing and Approving the Sale of Substantially All of the Assets of the San Luis & Rio Grande Railroad, Inc. Free and Clear of All Liens, Claims and Encumbrances; and (B) Waiving the 14-Day Stay of Fed. R. Bankr. P. 6004(H) and 6006(D) (the "Objection"), as follows:

1. KCVN is the 100% owner of the Colorado Pacific Railroad, a shortline railroad operating approximately 120 miles of track in southern Colorado. KCVN acquired the Colorado Pacific Railroad in 2018. KCVN is owned by The Soloviev Group. The Soloviev Group acquired KCVN, a shortline railroad operating approximately 120 miles of track in southern Colorado in 2018. The Soloviev Group is, among other things, one of the largest landowners in the United States. Its affiliates own and operate businesses in the renewable energy sector and in the hospitality and retail industries, and in agriculture.

2. The Trustee William A. Brandt, Jr. ("Trustee") has filed Trustee's Motion for Entry of Order (A) Authorizing and Approving the Sale of Substantially All of the Assets of the San Luis & Rio Grande Railroad, Inc. Free and Clear of All Liens, Claims and Encumbrances; and (B) Waiving the 14-Day Stay of Fed. R. Bankr. P. 6004(H) And 6006(D) (the "Sale Motion" – Docket No. 840). By the Sale Motion, Trustee seeks authority to sell the assets of the San Luis & Rio Grande Railroad, Inc. ("SLRG") to Omnitrax SLRG, LLC ("Omnitrax").

3. Pursuant to the Asset Purchase Agreement submitted as Exhibit 1 to the Sale Motion, the proposed sale to Omnitrax is subject to other offers presented to the Seller solely in accordance with Bankruptcy Court approval process …"

4. The Sale Motion provides that "If any person desires to purchase the Debtor's assets, they may provide the Trustee an executed APA, a deposit, and proof of financial ability to close prior to the deadline to object to this Sale Motion."

5. Concurrently with the Sale Motion, Trustee filed Trustee's Motion for Entry of Order Approving Bid Procedures and Buyer Protections and Requesting the Setting of a Sale Hearing (the "Bid Procedures Motion" – Docket no. 842). By the Bid Procedures Motion, Trustee seeks court approval of the procedures for entertaining offers other than the offer of Omnitrax.

6. Pursuant to the Bid Procedures Motion, a party desiring to present a competing bid is to file an objection to the Sale Motion that includes within it a bid for the Purchased Assets that meets the requirements for a "Qualified Bid" as that term is defined in the Bid Procedures Motion. The requirements for a Qualified Bid include the requirements for a competing offer as set forth in the Sale Motion.

7. Attached to this Objection as Exhibit A is KCVN's Qualified Bid, which bid has also been delivered to Trustee. The bid is in the amount of $6,050,000 as required to be the "Opening Bid" as that term is defined in the Bid Procedures Motion.

8. KCVN wired its good faith deposit in the required amount of $450,000 to the bank account specified by Trustee on October 28, 2022.

9. Accordingly, KCVN has submitted a Qualified Bid and is a "Qualified Bidder" as defined in the Bid Procedures Motion.

10. Having submitted a Qualified Bid for a higher price than offered by Omnitrax, KCVN objects to the Sale Motion and requests that the Court authorize Trustee to sell the Purchased Assets to KCVN, provided KCVN is the "Successful Bidder, as that term is defined in the Bid Procedures Motion, at the Auction contemplated in the Bid Procedures Motion.

Wherefore KCVN prays this Court to authorize Trustee to accept KCVN's Qualified Bid and sell the Purchased Assets to KCVN, and to award such other relief as the Court deems proper.

Dated: November 2, 2022.

**ONSAGER | FLETCHER | JOHNSON LLC**

*s/ Christian C. Onsager*
   Christian C. Onsager, #6889
   Alice A. White. #14537
600 17th Street Suite 425N
Denver, CO 80202
Phone: (720) 457-7070
Email: consager@OFJlaw.com
Email: awhite@OFJlaw.com
*Counsel for KCVN LLC*

2

## CERTIFICATE OF SERVICE

  I certify that on November 2, 2022, a copy of this Objection was served on any and all parties who have requested electronic notice through the court's CM/ECF system, in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules.

               *s/ Barbara A. Moss*