# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Thomas B. McNamara

| | |
|---|---|
| In re: ) | |
| ) | Lead Bankruptcy Case No. 19-18905-TBM |
| SAN LUIS & RIO GRANDE RAILROAD, INC. ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |
| In re: ) | |
| ) | |
| SARATOGA AND NORTH CREEK RAILWAY, ) | Bankruptcy Case No. 20-12313-TBM |
| LLC, ) | |
| ) | Chapter 11 |
| Debtor-in-Possession. ) | |
| ) | |

## TRUSTEE'S REPORT OF AUCTION

The Chapter 11 Trustee, William A. Brandt, Jr., of the San Luis & Rio Grande Railroad, Inc. (the "Trustee"), through his undersigned counsel, hereby submits his Report of Auction held pursuant to this Court's Order Approving Bid Procedures and Buyer Protections and Setting Sale Hearing (Docket 876) (the "Bidding Procedures Order") as follows:

1.  The Court approved bidding procedures (the "Bidding Procedures") for the auction in the Bidding Procedures Order.

2.  As of 11:59 a.m. on November 16, 2022, OmniTrax SLRG, LLC ("OmniTrax") KCVN LLC ("KCVN") and Big Shoulders Capital, LLC ("Big Shoulders") had each submitted Qualified Bids to purchase substantially all of San Luis & Rio Grande, Inc.'s assets.

3.  On November 17, 2022, the Trustee held the auction authorized under the Bidding Procedures. The auction was convened at approximately 10:15 a.m. mountain time at the offices of Markus Williams Young & Hunsicker LLC with the participants either attending in person or via a Zoom conference call. Counsel for the Trustee arranged for a court reporter to be present at the auction to prepare a transcript of the proceedings.

4.  OmniTrax, KCVN, and Big Shoulders appeared at the auction.

5.  Sixty-two (62) bids were made in the course of the auction. The final bid was submitted by KCVN for a cash Purchase Price, as defined in the applicable purchase agreement, of Ten Million Seven Hundred Dollars ($10,700,000.00). OmniTrax submitted the second highest cash bid of Ten Million Five Hundred Thousand Dollars ($10,500,000.00.) Pursuant to the Bid Procedures Order, Big Shoulders was then provided the opportunity to submit a bid with

a credit bid component. Big Shoulders elected not to bid at the auction.[1]

6. The Trustee has selected the final bid by KCVN as the highest and best bid.

7. OmniTrax agreed to be a bound back-up bidder at the Purchase Price, as defined in the applicable purchase agreement, of Ten Million Five Hundred Thousand ($10,500,000.00). The Trustee will sell the San Luis & Rio Grande, Inc assets to OmniTrax in the event KCVN fails to close in conformity with its asset purchase agreement.

Dated this 17th day of November, 2022.

MARKUS WILLIAMS YOUNG & HUNSICKER LLC

*s/Jennifer Salisbury*
Jennifer Salisbury, #37168
1775 Sherman Street, Suite 1950
Denver, Colorado 80203
Telephone: 303-830-0800
Email: jsalisbury@markuswilliams.com

*Counsel for William A. Brandt, Jr., the Chapter 11 Trustee of the San Luis & Rio Grande Railroad, Inc.*

---

[1] The Trustee has reached an agreement with Big Shoulders' to resolve its objection to the sale, which agreement shall be reflected in a subsequent filing with the Court.

{Z0405534/1}    2

# CERTIFICATE OF SERVICE

The undersigned certifies that on November 17, 2022 a copy of the REPORT OF AUCTION was served via CM/ECF pursuant to L.B.R. 9036-1 on all parties that have entered an appearance in the above referenced case as indicated below:

Via CM/ECF:

Roger K. Adams
rogerkadams@rka-law.com

Dimitri Adloff
dadloff@ottenjohnson.com

Ronald S Beacher
rbeacher@pryorcashman.com

Patrick Michael Birney
pbirney@rc.com

Robert Samuel Boughner
Samuel.Boughner@usdoj.gov

David T. Brennan
dbrennan@ottenjohnson.com

Kyler Burgi
kyler.burgi@dgslaw.com

Nicholas C Buttino
nicholas.buttino@ag.ny.gov

Brian T Cumings
bcumings@gdhm.com

Christopher J Dawes
rhanshe@foxrothschild.com

Lars H. Fuller
larsfuller@yahoo.com

Aaron A Garber
agarber@wgwc-law.com

Harley J Goldstein
harleyg@restructuringshop.com

Stephen F Gordon
sgordon@gordonfirm.com

Allen J. Guon
aguon@cozen.com

Theodore J. Hartl
hartlt@ballardspahr.com

Adam L. Hirsch
adam.hirsch@dgslaw.com

Eric E. Johnson
ejohnson@shermanhoward.com

Richard M Kates
kateslaw64@gmail.com

Michael B. Levy
mblevy@msn.com

Armistead Mason Long
along@gamb.com

Mark Loy
lawyermarkloy@outlook.com

Alan K. Motes
Alan.Motes@usdoj.gov

Stephen M Nagle
stephen.nagle@ag.ny.gov

Christian C. Onsager
consager@OFJlaw.com

{Z0405534/1}   3

Michael J. Pankow
mpankow@bhfs.com

David M. Rich
dmrich@comcast.net

Christopher L. Richardson
chris.richardson@dgslaw.com

David J Richardson
drichardson@bakerlaw.com

Keri L. Riley
klr@kutnerlaw.com

Peter J. Roberts
proberts@cozen.com

Bradley Sarnell
bradley.a.sarnell@usdoj.gov

Lucas Schneider
lucas.schneider@stinson.com

Scott Neil Schreiber
sschreiber@clarkhill.com

Michael Schuster
schusterm@ballardspahr.com

Matthew D. Skeen, Jr.
jrskeen@skeen-skeen.com

Douglas T Tabachnik
dtabachnik@dttlaw.com

Christopher Trickey
ctrickey@gdhm.com

US Trustee
USTPRegion19.DV.ECF@usdoj.gov

Darrell Waas
waas@wcrlegal.com

Deanna L. Westfall
deanna.westfall@coag.gov

Alice A. White
awhite@OFJlaw.com

*s/ Serina Schaefer*
Serina Schaefer

{Z0405534/1}   2